# Order

Michigan Supreme Court
Lansing, Michigan

September 28, 2009

139062

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

MARVIN ROBERT SNYDER,
       Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139062
COA: 290427
Kent CC: 07-013175-FC

_____/

     On order of the Court, the application for leave to appeal the May 7, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

_____
Clerk

p0921